**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6588**

---

DARREL R. FISHER,

        Plaintiff - Appellant,

    v.

JOE BIDEN,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:23-ct-03097-BO-RJ)

---

Submitted:  April 22, 2024                              Decided:  May 16, 2024

---

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Darrel R. Fisher, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrel R. Fisher appeals the district court's order dismissing for failure to comply with a court order his action filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).* We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Fisher v. Biden*, No. 5:23-ct-03097-BO-RJ (E.D.N.C. May 3, 2023). We deny Fisher's request for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* The district court's dismissal without prejudice is a final order because the court dismissed the action "without granting leave to amend." *Britt v. DeJoy*, 45 F.4th 790, 791 (4th Cir. 2022) (en banc) (order).